IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY MICHAEL TORRES, SR., et al.,

        Plaintiffs,

   v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.

                                       /

No. CIV S-07-1969 LEW DAD PS

ORDER

This matter came before the court for a status (pretrial scheduling) conference on January 18, 2008. Plaintiffs Timothy Torres Sr., Rhonda Torres, Mark Torres, Christopher Torres, and Tracie Torres appeared in propria persona. There was no appearance on behalf of defendants.

In response to the court's inquiry concerning the progress of service of process, plaintiff Timothy Torres Sr. indicated on the record that attempts were made to serve process at various places but the documents were refused. The court finds good cause to extend the pro se plaintiffs' time for service of process by sixty days. The status conference will be continued for ninety days. Plaintiffs are cautioned that the court may be required to dismiss defendants who are not properly served with process within the time specified in this order. See Fed. R. Civ. P. 4(m).

1

IT IS HEREBY ORDERED that:

1. The status (pretrial scheduling) conference is continued to **April 18, 2008, at 11:00 a.m.** in Courtroom 27 before the undersigned.

2. Plaintiffs are granted an extension of time to **March 18, 2008**, to effect service of process on defendants.

3. Plaintiffs shall serve a copy of this order along with a copy of the court's September 24, 2007 Order Setting Status (Pretrial Scheduling) Conference on each defendant together with a summons and a copy of the complaint.

4. Within five days after effecting service of process upon a defendant, plaintiffs shall file proper proof of such service.

5. Each party's status report addressing the matters listed in the court's September 24, 2007 Order Setting Status (Pretrial Scheduling) Conference shall be filed no later than **April 11, 2008**. Plaintiffs are informed that they may file a single status report signed by all plaintiffs.

DATED: January 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\torres1969.oah.eotsvc

2