IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY MICHAEL TORRES, SR., et al.,

        Plaintiffs,

   v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.

No. CIV S-07-1969 LEW DAD PS

FINDINGS AND RECOMMENDATIONS

/

        This case was filed on September 20, 2007.  More than 220 days have passed, and plaintiffs have failed to file evidence that a summons and complaint have been properly served on any defendant.

        By order filed September 24, 2007, the pro se plaintiffs were advised that Federal Rule of Civil Procedure 4(m) sets a 120-day deadline for effecting service of a summons and complaint on each defendant.  When the case came before the court for a status (pretrial scheduling) conference on January 18, 2008, plaintiffs had not effected service of process on any defendant.  The undersigned found good cause to grant an extension of time for this purpose. The deadline for service was extended to March 18, 2008, and the status conference was continued to April 18, 2008.  Plaintiffs were cautioned that the court may be required to dismiss defendants who were not served with process by March 18, 2008.

1  On March 19, 2008, plaintiffs requested a six-month extension of time to obtain
2  an attorney.  The request was silent with regard to service of process.  In the interests of justice,
3  the undersigned construed the filing as a request for a second extension of time to effect service
4  of process on defendants.  The status conference set for April 18, 2008, was vacated, and
5  plaintiffs were granted a final extension of time to April 17, 2008, to serve process on
6  defendants.  Plaintiffs were advised that if they did not file evidence of service of process on or
7  before April 17, 2008, the undersigned will recommend that the action be dismissed without
8  prejudice pursuant to Federal Rule of Civil Procedure 4(m).  It is now April 28, 2008, and
9  plaintiffs have not filed evidence of service of process upon any defendant.

10  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
11  without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

12  These findings and recommendations will be submitted to the United States
13  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Any
14  objections to these findings and recommendations must be in submitted in writing and must be
15  filed within twenty (20) days after these findings and recommendations are served.  A document
16  containing objections should be titled "Objections to Magistrate Judge's Findings and
17  Recommendations."  Plaintiffs are advised that failure to file objections within the specified time
18  may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153
19  (9th Cir. 1991).

20  DATED: April 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\torres1969.r4m.f&r