1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY MICHAEL TORRES, SR.,
     et al.,
11
                   Plaintiffs,              No. CIV S-07-1969 JAM DAD PS
12
            v.
13
     COUNTY OF SACRAMENTO, et al.,
14
                   Defendants.              ORDER
15   _____/

16          Plaintiffs Timothy Michael Torres, Sr., Rhonda Torres, Mark Torres, Christopher

17   Torres, and Tracie Torres, proceeding pro se, filed the above-entitled civil rights action.  The

18   matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19          On April 30, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on the plaintiffs and which contained notice to the plaintiffs that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiffs

22   have not filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   /////

26   /////

                                              1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed April 30, 2008, are adopted in full;

3 and

4        2.  This action is dismissed without prejudice pursuant to Rule 4(m) of the Federal

5 Rules of Civil Procedure.

6 DATED: 9/26/2008

7

8                /s/ John A. Mendez
                   UNITED STATES DISTRICT JUDGE

2